DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DEDRICK D. STRAGHN, ESQ.**,
Appellant,

v.

**CLEMENTE C. WINKE, JR.,**
and
**CONCRETE CUTTING EXPERTS, INC.,** a Florida corporation,
Appellees.

No. 4D17-2358

[October 11, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jeffrey Dana Gillen, Judge; L.T. Case No. 502013CA017893XXXMB.

Dedrick D. Straghn, Delray Beach, for appellant.

Peter B. Weintraub of Weintraub & Weintraub, P.A., Boca Raton, for appellee Clemente C. Winke, Jr.

PER CURIAM.

*Affirmed.*

TAYLOR, KLINGENSMITH and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***